UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO MARTINEZ OLMEDO, | Case No.  2:25-cv-0932-JDP |
| Plaintiff, | |
| v. | ORDER |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

Motion practice has concluded, and claims remain against pending.  The court will hold a status conference on May 14, 2026, at 10:00 a.m.  No later than fourteen days before the conference, the parties shall file status reports discussing: potential interest in a settlement conference, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1.  A status conference is set for May 14, 2026, at 10:00 a.m.  The conference will be conducted via Zoom.

1

2.  By no later than April 30, 2026, the parties shall file status reports addressing the matters identified above.

IT IS SO ORDERED.

Dated:    April 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE